**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM CHAD WILLIAMS,

        Plaintiff,

v.                                Case No. 6:14-cv-1070-Orl-37KRS

JEREMY PILL,

        Defendant.

**ORDER**

Before the Court is Defendant's Motion in Limine Regarding Criminal Case (Doc. 59), filed January 25, 2016.

This civil rights action is currently set for a three-day jury trial commencing on February 22, 2016 ("**February Trial**"). (*See* Doc. 60.) Defendant moves to preclude Plaintiff from presenting evidence concerning a prior criminal proceeding in the February Trial. (Doc. 50 ("**Motion in Limine**").)

The Court's Case Management Scheduling Order provides that all motions in limine must be filed on or before December 31, 2015. (Doc. 22, p. 2.) Defendant filed his Motion in Limine more than three weeks after the December deadline and provides no justification for his late filing. (*See* Doc. 59.) Therefore, the Court finds that the Motion in Limine is due to be denied as untimely.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion in Limine Regarding Criminal Case (Doc. 59) is **DENIED**. The Court will entertain appropriate, timely objections during the course of the trial proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 27, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record